JS - 6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA YVETTE BURNS,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>COUNTY OF LOS ANGELES,<br><br>　　　　Defendant(s). | CASE NO. CV 10-03516-RGK (MANx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

On November 26, 2010, the Court issued an Order to Show Cause ("OSC") re Dismissal re Lack of Prosecution. Plaintiff was ordered to respond to the OSC not later than December 10, 2010. As of this date, plaintiff has failed to respond. Therefore, the Court dismisses the action for lack of prosecution.

**IT IS SO ORDERED.**

DATED: DEC 2 2 2010

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE